# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CODY S. HOWARD**                                                                                           **PLAINTIFF**
*#79081*

v.                              **CASE NO. 4:23-CV-00105-BSM**

**DOES 1-2, Administrator and Pulaski**
**Shift Supervisors, Pulaski County Jail**                                                          **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 18] is adopted. Cody Howard's lawsuit is dismissed without prejudice for failure to state a claim upon which relief may be granted. An *in forma pauperis* appeal would not be taken in good faith, and it is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. section 1915(g).

IT IS SO ORDERED this 24th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE