IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CODY S. HOWARD**                                                              **PLAINTIFF**
*#79081*

v.                      **CASE NO. 4:23-CV-00105-BSM**

**DOES 1-2, Administrator and Pulaski
Shift Supervisors, Pulaski County Jail**                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE